## Mack Henry, Appellee, v. East and West Insurance Company of New Haven, Connecticut, Appellant.

### Gen. No. 9,249.

opinion filed February 25, 1941; rehearing denied April 1, 1941. Samuel Levin and Wilson & Schmiedeskamp, for appellant; Lancaster & Nichols and G. Derk Green, for appellee. Opinion by PRESIDING JUSTICE FULTON. ''Not to be published in full.''